**FILED.**

DATED: 10:54 am, July 29, 2021

U.S. MAGISTRATE JUDGE

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-333-BNW |
| Plaintiff, | **MOTION TO UNSEAL** |
| v. | |
| BREON DANTE MIMS, | |
| Defendant. | |

The government hereby respectfully request that this Court unseal the instant matter. The government originally moved to seal this matter due to concerns that defendant my attempt to flee, hide, or otherwise make his arrest more difficult or impossible, and that he may also make preparations to actively resist arrest, potentially placing law enforcement officers in danger. Since then, defendant has in fact been apprehended in the Eastern District of California pursuant to the arrest warrant issued in this matter. As such, the government's concerns are now moot, and in

/ / /

/ / /

/ / /

/ / /

/ / /

the interest of public disclosure of criminal matters, the government hereby respectfully request that this matter be unsealed.

DATED this 29th day of July, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

JIM W. FANG
Assistant United States Attorney

**IT IS SO ORDERED**

**DATED:** 10:54 am, July 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2